569 A.2d 928

**Anthony LOMAX, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1990.

Decided Feb. 6, 1990.

Robert B. Stewart, III, Huntington, for appellant.

Robert A. Greevy, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.